**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

John S. Briand
Public Integrity Data Base of New England


                v.                          Civil No. 08-cv-24-JL


James A. Watson
Bryant G. Pake


                        **O R D E R**


        Before the Court is John Briand's complaint (document no.
1), filed on behalf of himself and Public Integrity Data Base of
New England ("PIDB") pursuant to 42 U.S.C. § 1983, alleging that
plaintiffs' rights under the federal Constitution, as well as
federal and state statutory law, have been violated.  The matter
is before me for preliminary review to determine whether or not
the complaint states any claim upon which relief might be
granted.  See 28 U.S.C. § 1915A; United States District Court
District of New Hampshire Local Rule ("LR") 4.3(d)(2).  For the
reasons explained fully in the Report and Recommendation issued
simultaneously with this Order, I direct that the Fourth
Amendment claim in the complaint proceed against defendants James
Watson and Bryant Pake.  In my Report and Recommendation, I

recommend that the remaining claims, as well as plaintiff Public Integrity Data Base of New England, be dismissed from this action.

Without further comment on the merits of the complaint, I order that the complaint be served on Defendants.  As plaintiff has provided summons forms for each defendant, the Clerk's office shall issue the summonses against defendants and forward to the United States Marshal for the District of New Hampshire (the "U.S. Marshal's office") the summonses and copies of the complaint (document no. 1), the Report and Recommendation issued simultaneously with this Order, and this Order.  Upon receipt of the necessary documentation, the U.S. Marshal's office shall effect service upon Defendants.  <u>See</u> Fed. R. Civ. P. 4(c)(2).

Defendants are instructed to answer or otherwise plead within twenty days of service.  <u>See</u> Fed. R. Civ. P. 12(a)(1)(A).

Plaintiff is instructed that all future pleadings, written motions, notices, or similar papers shall be served directly on

the Defendants by delivering or mailing the materials to them or
their attorney(s), pursuant to Fed. R. Civ. P. 5(b).

**SO ORDERED.**

_James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date:      June 26, 2008

cc:        John S. Briand, pro se
           Public Integrity Data Base of New England

3