UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

John Scott Briand

               v.                              Civil No. 08-cv-24-JL

James A. Watson et al

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated June 26, 2008, no objection having been filed.

SO ORDERED.

August 5, 2008                              */s/ Joseph N. Laplante*
                                                Joseph N. Laplante
                                                United States District Judge

cc:    John R. Lilly, Esq.
        John Scott Briand, Pro se